

FILED '08 JAN 29 9 54 USDC-ORP

# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>v.<br><br>VIDEO ONLY, INC.<br><br>Defendants. | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>CV '08 - 0 1 2 2 - PK |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII") for an order directing Defendant, Video Only, Inc. (Video Only), to prepare, execute, and file accurate and complete Employer Information Report EEO-1 s ("EEO-1 reports") as required by 42 U.S.C. § 2000e-8(c) and regulations issued thereunder, 29 C.F.R. § 1602.7 - 1602.14, for each calendar year from 2004 to the present. The U.S. Equal Employment

EEOC v. Video Only, Inc.
COMPLAINT
Page 1 of 4

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Opportunity Commission ("EEOC") alleges that since at least 2004, despite notice from the Commission, Video Only has failed and refused to fully comply with its obligation to file such reports, in violation of said statute and regulations.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 133 1, 1337, and 1345. This action is authorized and instituted pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder, 29 C.F.R. § 1602.9.

2. The actions alleged herein to be unlawful were committed within the jurisdiction of the United States District Court for the District of Oregon.

## PARTIES

3. Plaintiff, EEOC, is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder, 29 C.F.R. §1602.9.

4. At all relevant times, Defendant, Video Only, has continuously been doing business in the State of Oregon and has continuously had at least 100 employees.

5. At all relevant times, Video Only has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701 (b), (g), and (h) of Title VII, 42 U.S.C. § 2000e (b), (g), and (h).

EEOC v. Video Only, Inc.
COMPLAINT
Page 2 of 4

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## STATEMENT OF CLAIMS

6. Since at least October 2004, and continuing thereafter until the present, Video Only has failed and refused to fully comply with its obligation to file EEO-1 reports, despite written notice and a demand from the EEOC for these documents.

7. Video Only's failure and refusal to file said reports is in violation of 42 U.S.C. § 2000e-8(c) and regulations issued thereunder, 29 C.F.R. §§ 1602.7 - 1602.14.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Order that Video Only, without further delay, shall prepare, execute, and file accurate and complete EEO-1 reports as required by law for each calendar year from 2004 to the present;

B. Grant such further relief as the Court deems necessary and proper in the public interest;

C. Award the Commission its costs of this action.

DATED this 28th day of January, 2007.

WILLIAM R. TAMAYO
Regional Attorney
San Francisco District Office
350 The Embarcadero, Ste. 500
San Francisco, California 94105-1260
Telephone (415) 625-5645
Facsimile (415) 625-5657

JOHN F. STANLEY
Supervisory Trial Attorney

TERI HEALY
Senior Trial Attorney

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

EEOC v. Video Only, Inc.
COMPLAINT
Page 3 of 4

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

BY: _/s/_____
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6916
Facsimile (206) 220-6911

Office of the General Counsel
1801 "L" Street NW
Washington, D.C. 20507

Attorneys for Plaintiff

EEOC v. Video Only, Inc.
COMPLAINT
Page 4 of 4

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882